# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0218. JAMES M. HOLLIS v. THE STATE.**

In December 2017, James M. Hollis pleaded guilty to two counts of computer or electronic pornography and child exploitation, for which he was sentenced to fifteen years with the first two years to serve in confinement and the remainder on probation. After failing to show proof that he entered a sex offender treatment program, a special condition of his probation, the trial court revoked seven years of Hollis's probation in March 2020.  Hollis subsequently filed a motion to vacate his sentence, which the trial court denied. Hollis then filed this direct appeal. We, however, lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Hollis's probation, he was required to file an application for discretionary appeal in order to obtain appellate review of the trial court's order. See OCGA § 5-6-35 (a) (5), (b); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). "Compliance with the discretionary appeals procedure is

jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Hollis's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  09/28/2023*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*